No. 74–6175.  KAPLAN v. CONTINENTAL CAN CO., INC. Super. Ct. N. J.  Certiorari denied.

No. 74–943.  PREISER, CORRECTIONAL COMMISSIONER, ET AL. v. SERO ET AL.  C. A. 2d Cir.  Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 74–1068.  BENSINGER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. v. ADAMS.  C. A. 7th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 73–1643.  DARDEN v. WITHAM ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.*

No. 74–1040.  WHITE MOTOR CORP. ET AL. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.*

No. 74–1073.  FIRST NATIONAL BANK OF OREGON v. AMERICAN TIMBER & TRADING CO. ET AL.  C. A. 9th Cir. Motion of American Bankers Assn. for leave to file a brief as amicus curiae granted.  Certiorari denied.

No. 73–1285.  WOOD ET AL. v. STRICKLAND, 420 U. S. 308; and

No. 74–479.  ESTELLE, CORRECTIONS DIRECTOR v. DORROUGH, 420 U. S. 534.  Petitions for rehearing denied.

*See also note, supra, p. 901.